# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARZ MITCHELL, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02377-KJD-GWF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Tarz Mitchell's Letter Requesting Copies of a Motion (#34), filed February 14, 2011.

Plaintiff requests that the Court provide him with copies of an unidentified motion filed in this action because he has not had access to the law library to make copies of the motion. (*Id.*) The Court will deny this request because Plaintiff has failed to identify the specific motion he would like the Court to photocopy and there are several motions currently pending. In addition, Plaintiff has failed to demonstrate his need for the copies and has not provided payment for the requested copies.

A plaintiff seeking copies of prior filings must set forth sufficient information to enable a determination of the necessity for copies as requested. *Spisak v. State of Nevada*, 2007 WL 1612293, *3 (D. Nev. 2007) (citing *United States v. Newsome*, 257 F.Supp. 201, 203 (N.D. Ga. 1966)). "Blanket requests for all copies in a case do not provide sufficient information for such an inquiry". *Id.* (citing *Cassidy v. United States*, 304 F.Supp. 864, 867 (E.D.Mo.1969)). Viewing Plaintiff's letter, the Court finds that Plaintiff has not provided sufficient information establishing the need for copies of the unidentified motion and why he is unable to make copies at the prison where he is housed. In addition, Plaintiff, as a party to this action, drafted and submitted the

unidentified motion himself; thus, he should have his own copies of the motion requested.

Alternatively, the Court will provide a party with copies of any filed document at the cost of $0.10 per page. As Plaintiff has failed to submit any payment with his request for copies of an unidentified motion, the Court will deny his request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Tarz Mitchell's Letter Requesting Copies of a Motion (#34) is **denied**.

DATED this 16th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge