# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, *et al.*,<br><br>                    Defendants. | Case No. 2:09-cv-02377-KJD-GWF<br><br>**ORDER** |

This matter comes before the Court on Defendants' Notice re Address of Defendant William Shaw (#54), filed on October 13, 2011.  Pursuant to the Court's Order entered on September 27, 2011, Defendants have identified what they believe is an accurate address for Defendant William Shaw.  The Court now directs the U.S. Marshal Service to attempt service on Defendant Shaw.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue summons to Defendant William Shaw at the above address and deliver the summons and a copy of the complaint to the U.S. Marshal for service.  The U.S. Marshals shall service Defendant Shaw.  The U.S. Marshal Service shall file a Status Report with the Court regarding the status of service upon Defendant William Shaw no later than **Friday, November 25, 2011**.

DATED this 14th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge