CATHERINE CORTEZ MASTO
Attorney General
KARA L. KRAUSE
Deputy Attorney General
Nevada State Bar No. 8537
OFFICE OF THE ATTORNEY GENERAL
Public Safety Division
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Phone: (702) 486-3420
Fax: (702) 486-3773
Email: kkrause@ag.nv.gov
*Attorneys for Defendants, Howard Skolnik,
Gregory Wayne Smith, Brian Williams, James Baca,
Lavert Taylor, Don Helling, Gregory Cox, Clarence King,
George Sorich, Michael Thalman, and Vincent Vedova*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL,<br><br>        Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, et al.,<br><br>        Defendants. | CASE NO.: 2:09-cv-02377-KJD-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiff, TARZ MITCHELL, *pro se*, and Defendants, HOWARD SKOLNIK, GREGORY WAYNE SMITH, BRIAN WILLIAMS, JAMES BACA, LAVERT TAYLOR, DON HELLING, GREGORY COX, CLARENCE KING, GEORGE SORICH, MICHAEL THALMAN, and VINCENT VEDOVA, (hereinafter collectively "Defendants"), by and through their counsel, Catherine Cortez Masto, Attorney General, and Kara L. Krause, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate as follows:

1. The above-entitled action shall be dismissed, in its entirety, *with prejudice;* and
2. The parties shall bear their own attorney fees and costs.

///

///

-1-

IT IS SO STIPULATED.

DATED this 15 day of December, 2011.

*[signature]*

TARZ MITCHELL #63139
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89018-0208
*Plaintiff, Pro Se*

DATED this 29th day of December, 2011.

CATHERINE CORTEZ MASTO
Attorney General

*[signature]*

KARA L. KRAUSE
Deputy Attorney General
Nevada State Bar No. 8537
STATE OF NEVADA OFFICE OF THE
ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants, Howard Skolnik, Gregory Wayne Smith, Brian Williams, James Baca, Lavert Taylor, Don Helling, Gregory Cox, Clarence King, George, Sorich, Michael Thalman, and Vincent Vedova*

## ORDER FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED:

*[signature]*

UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: March 29, 2012