CATHERINE CORTEZ MASTO
Attorney General
KARA L. KRAUSE
Deputy Attorney General
Nevada State Bar No. 8537
OFFICE OF THE ATTORNEY GENERAL
Public Safety Division
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Phone: (702) 486-3420
Fax: (702) 486-3773
Email: kkrause@ag.nv.gov
*Attorneys for Defendants, Howard Skolnik,*
*Gregory Wayne Smith, Brian Williams, James Baca,*
*Lavert Taylor, Don Helling, Gregory Cox, Clarence King,*
*George Sorich, Michael Thalman, and Vincent Vedova*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

TARZ MITCHELL,

               Plaintiff,

    v.

HOWARD SKOLNIK, et al.,

               Defendants.

CASE NO. : 2:09-cv-02377-KJD-GWF

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

Plaintiff, TARZ MITCHELL, *pro se*, and Defendants, HOWARD SKOLNIK, GREGORY WAYNE SMITH, BRIAN WILLIAMS, JAMES BACA, LAVERT TAYLOR, DON HELLING, GREGORY COX, CLARENCE KING, GEORGE SORICH, MICHAEL THALMAN, and VINCENT VEDOVA, (hereinafter collectively "Defendants"), by and through their counsel, Catherine Cortez Masto, Attorney General, and Kara L. Krause, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate as follows:

    1.    The above-entitled action shall be dismissed, in its entirety, *with prejudice;* and

    2.    The parties shall bear their own attorney fees and costs.

///

///

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1    IT IS SO STIPULATED.

2    DATED this 15 day of December, 2011.          DATED this 29th day of December, 2011.

3                                                  CATHERINE CORTEZ MASTO
4                                                  Attorney General

5

6    TARZ MITCHELL #63139                          KARA L. KRAUSE
7    Southern Desert Correctional Center           Deputy Attorney General
     P.O. Box 208                                  Nevada State Bar No. 8537
8    Indian Springs, NV 89018-0208                 STATE OF NEVADA OFFICE OF THE
     *Plaintiff, Pro Se*                           ATTORNEY GENERAL
9                                                  555 East Washington Avenue, Suite 3900
                                                   Las Vegas, Nevada 89101
10                                                 *Attorneys for Defendants, Howard Skolnik,*
11                                                 *Gregory Wayne Smith, Brian Williams, James*
                                                   *Baca, Lavert Taylor, Don Helling, Gregory Cox,*
12                                                 *Clarence King, George, Sorich, Michael Thalman,*
                                                   *and Vincent Vedova*
13

14                    ORDER FOR DISMISSAL WITH PREJUDICE

15                            IT IS SO ORDERED:

16

17

18                    UNITED STATES ~~MAGISTRATE~~ JUDGE

19                            March 29, 2012
                     DATED:_____
20

21

22

23

24

25

26

27

28

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

-2-